IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|               Plaintiff, | ) | |
| vs. | ) | CASE NO. DNCW3:12CR45 |
| | ) | (Financial Litigation Unit) |
| GILBERTO VELASCO-SEGURA, | ) | |
|               Defendant. | ) | |
| and | ) | |
| | ) | |
| MAJOR CLEAN, INC., | ) | |
|               Garnishee. | ) | |

## **DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reason stated therein and for good cause shown,

it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant,

Gilberto Velasco-Segura, is DISMISSED.


Signed: August 5, 2013


_____
David C. Keesler
United States Magistrate Judge